PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Abdush Shahid Ahmad      Cr.: 19-00493-001
                                                                                                         PACTS #: 5408743

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                                 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/18/2020

Original Offense:    Obstruct, Delay and Affect Interstate Commerce by Extortion, 18 U.S.C. § 1951(a)

Original Sentence: 6 months imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, $5,000 - Fine, Financial Disclosure, and No New Debt/Credit

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/27/2021

## STATUS UPDATE/ SUMMARY

On July 10, 2020, Abdush Shahid Ahmad was admitted into the New Jersey Department of Health Medical Marijuana Program. All pertinent supporting documentation including medical reports were received and reviewed. Medical documents submitted by Ahmad notes his diagnosis of spinal stenosis which causes daily pain in his neck and back.

### U.S. Probation Office – Requested Action:

The Probation Office is notifying the Court of the individual's admittance into this program and requests input pertaining to its use for medical purposes.

                                                           Respectfully submitted,

                                                           SUSAN M. SMALLEY, Chief
                                                           U.S. Probation Officer

                                                           *Elisa Martinez*

                                                           By:    ELISA MARTINEZ
                                                                  Supervising U.S. Probation Officer

Prob 12A – page 2
Abdush Shahid Ahmad

PREPARED BY:

*Brendan G. Murillo*       05/19/2022
BRENDAN G. MURILLO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] The Court APPROVES of the individual's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.

[ ] The Court DOES NOT APPROVE of the individual's admittance into the state's medical marijuana program and the Probation Office will continue testing for THC.

[ ] Other

_____
Signature of Judicial Officer

5-20-22
_____
Date